PS 42
(Rev. 7/93)

# United States District Court
## Southern District of Ohio

| United States of America | ) | |
| --- | --- | --- |
| vs. | ) | |
| Lancaster Whitney R. | ) Case No. | 0648 2:20CR00062 (2) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Lancaster Whitney R.**, have discussed with **Leticia Vazquez-Villa**, Pretrial Services Officer, modifications of my release conditions as follows:

1. Not obtain a passport or other international travel document.
2. Reside at an address approved by Pretrial Services.
3. Participate in mental health treatment as directed by the Pretrial Services Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

Verbal Consent
Signature of Defendant          Date

*Leticia Vazquez* (Digitally signed by Leticia Vazquez-Villa Date: 2020.04.13 12:00:52 -04'00')
Pretrial Services Officer          Date

Due to COVID19 defendant verbally consented (with attorney Dave Thomas) to the above-noted modification.

I have reviewed the conditions with my client and concur that this modification is appropriate.

*[signature]*          4-13-2020
Signature of Defense Counsel          Date

☒ The above modification of conditions of release is ordered, to be effective on  4/13/2020  .

☐ The above modification of conditions of release is *not* ordered.

s/Kimberly A. Jolson          4/13/2020
Signature of Judicial Officer          Date