**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**United States of America**

**NOTICE**

    **vs.**                                      Case No. 2:20-cr-62(2)
                                                  JUDGE SARAH D. MORRISON

**Whitney R. Lancaster**

      **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:     United States District Court            **COURTROOM # 132**
              Joseph P. Kinneary U.S. Courthouse
              85 Marconi Boulevard                 **MAY 14, 2020 @ 2:00 P.M.**
              Columbus, Ohio 43215

TYPE OF PROCEEDING: **ARRAIGNMENT ON INDICTMENT**

The call-in information for interested parties, the media, or the general public is: 1 (571) 317-3122, Access Code is 114-450-389. Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.

                                                    **SARAH D. MORRISON
                                                   UNITED STATES DISTRICT JUDGE**

DATE:    May 8, 2020

                                                    /s/   Theresa Bragg
                                                    (By) Theresa Bragg, Deputy Clerk

To: Counsel served electronically via CM/ECF
      United States Marshal's Office
      United States Pretrial Services
      United States Probation