# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  2:20-cr-62(2) |
| | | Judge Sarah D. Morrison |
| -  vs  - | : | |
| WHITNEY R. LANCASTER, | : | |
| Defendant. | : | |

## ORDER FOR VIDEO OR TELECONFERENCING

Pursuant to § 15002(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act (P.L. 116-136, 134 Stat. 281)(the CARES Act) and this Court's General Order 20-07, the undersigned as the District Judge to whom this case is assigned finds in this felony case that the plea pursuant to Fed. R. Crim. P. 11 or sentencing pursuant to Fed. R. Crim. P. 32 cannot be further delayed without serious harm to the interests of justice.

The Court further finds that the Defendant, after consultation with counsel, has consented to the use of video conferencing to conduct the arraignment on indictment.

Accordingly, the arraignment proceeding being held on May 14, 2020 at 2:00 p.m. may be conducted by video teleconference.

**IT IS SO ORDERED.**

                                         **/s/ Sarah D. Morrison**
                                         **SARAH D. MORRISON**
                                         **United States District Judge**