United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-	Case No. 2:20-cr-62(2)

Whitney R. Lancaster

COURTROOM MINUTES
Arraignment on Indictment

| U.S. District Judge Sarah D. Morrison | | Date:   May 14, 2020 @ 2:00 p.m. | |
|---|---|---|---|
| Deputy Clerk | Theresa Bragg | Counsel for Govt: | Noah Litton, Kevin Kelley |
| Court Reporter | Allison Kimmel | Counsel for Deft: | Dave Thomas, Kathryn Wallrabenstein |
| Interpreter | | Pretrial/Probation: | |
| Log In | n/a | Log Out | n/a |

Defendant agreed to proceed via video conference
Waived reading of the indictment
Defendant entered a plea of Not Guilty to Counts 2 and 3 of the Indictment
Defendant shall remain on bond pending trial