United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                      Case No. 2:20-cr-62 (2)

Whitney R. Lancaster

## COURTROOM MINUTES
### Lafler Hearing
### (USA Request for a Hearing Pursuant to Lafler v. Cooper)

| U.S. District Judge Sarah D. Morrison | | Date:   December 29, 2021 @ 10:00 a.m. | |
|---|---|---|---|
| **Deputy Clerk** | Theresa Bragg | **Counsel for Govt:** | Noah Litton/Kevin Kelley |
| **Court Reporter** | Allison Kimmel | **Counsel for Deft(s):** | David Thomas/Kathryn Wallrabenstein |
| **Interpreter** | | **Pretrial/Probation:** | |
| **Log In** | n/a | **Log Out** | n/a |

Defendant Lancaster appeared in person
Plea deal was discussed; defendant declined to accept
Court explained next steps with regard to trial and that we will move forward with the January 24 trial date