# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN G. ROSSER and<br>WHITNEY R. LANCASTER,<br><br>Defendants. | CASE NO. 2:20-cr-062<br><br>JUDGE SARAH D. MORRISON |

## GOVERNMENT'S MOTION TO DISMISS COUNT THREE

The United States, by and through undersigned counsel, hereby moves for leave of Court, under Federal Rule of Criminal Procedure 48(a), to dismiss Count Three of the Indictment (Wire Fraud Conspiracy, in violation of 18 U.S.C. § 1349) as it relates to both defendants. (*See* Indictment, ECF No. 5, PAGEID ##12-15).

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney

    s/Noah R. Litton
    NOAH R. LITTON (0090479)
    KEVIN W. KELLEY (0042406)
    Assistant United States Attorney
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    Office: (614) 469-5715
    Fax: (614) 469-5653
    E-mail: Noah.Litton@usdoj.gov
           Kevin.Kelley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Dismiss Count Three was served electronically this 3rd day of January, 2022, upon all counsel of record.

s/Noah R. Litton
NOAH R. LITTON (0090479)
Assistant United States Attorney