UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES,**

        **Plaintiff,**        :

  v.                              Case No. 2:20-cr-062
                                    Judge Sarah D. Morrison

**STEVEN G. ROSSER and
WHITNEY R. LANCASTER,**    :

        **Defendants.**

## ORDER

This matter is before the Court on two matters. First, the Government filed a Motion to Dismiss Count 3 as to both Defendants. (ECF No. 68). That Motion is **GRANTED**. Count 3 of the Indictment is hereby **DISMISSED**.

Second, the Government has filed a Request for Notice of Alibi Defense directed to Defendant Whitney R. Lancaster. (ECF No. 72). That Request is **GRANTED**. Defendant Lancaster shall provide written notice of any alibi defense on or before February 3, 2022.

    **IT IS SO ORDERED**.
    01/31/2022

                                          /s/ Sarah D. Morrison
                                          **SARAH D. MORRISON
                                          UNITED STATES DISTRICT JUDGE**