USA
 Plaintiff,

v.         Case Number 2:20-cr-62-1, 2
           Judge Sarah D. Morrison

Steven G. Rosser
Whitney R. Lancaster,
 Defendants.

**Jury Trial Day 1**
**Monday, February 14, 2022**
**before Judge Sarah D. Morrison**

For Plaintiff:  Kevin Kelley/Noah Litton
For Defendants: Robert Krapenc/David Thomas/Kathryn Wallrabenstein
Court Reporter: Allison Kimmell
Courtroom Deputy:  Denise Shane


  8:30 am Judge meets with counsel on the record.
  9:05 am Jury Trial Day 1 commenced, voir dire, jury selected.
  11:40 am lunch break
  1:30 pm Jurors sworn
  1:45 pm Opening statement by Mr. Kelley.
  2:15 pm Opening statement by Mr. Krapenc.
  2:26 pm Opening statement by Ms. Wallrabenstein.
  2:34 pm Mr. Litton calls Ronald L. Kemmerling, Jr., Gov. Exs., 401 and 402 (both admitted)
  2:45 pm Recess
  3:13 pm Judge meets with counsel on the record and Juror 20 released.
  3:14 pm Continued Direct of Kemmerling by Litton, Gov. Ex 104, 105(admitted), 118 admitted, 117 (admitted), 107 (admitted)
  3:53 pm Cross by Mr. Krapenc of Kemmerling, 118, 117
  4:18 pm Re-direct of Kemmerling by Litton
  4:22 pm Mr. Litton called Robert C. Vass
  4:31 pm Cross of Vass by Mr. Krapenc
  4:40 pm Redirect of Voss by Mr. Litton


4:43 pm Court adjourned