

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 FEB 17 PM 12: 09

U.S. DISTRICT COURT
SOUTHERN DIST.OHIO
EAST DIV. COLUMBUS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN G. ROSSER and
WHITNEY R. LANCASTER,

    Defendants.

CASE NO. 2:20-CR-062

JUDGE SARAH D. MORRISON

## TRIAL STIPULATIONS

The parties jointly stipulate and agree that the following facts are true and correct, and that they may be read in whole or in part to the jury at the appropriate time during trial:

1. On April 20, 2018, Steven G. Rosser seized suspected cocaine from The Dollhouse nightclub. That evidence was later submitted to the Columbus Division of Police Crime Laboratory for testing. If called to testify, a forensic scientist from the crime lab would state that, in her opinion, the evidence contained a total of 0.017 grams of cocaine.

**SIGNED AND EXECUTED BY:**

ROBERT F. KRAPENC (0040605)
Attorney for Steven G. Rosser

KEVIN W. KELLEY (0042406)
Assistant United States Attorney

DAVID H. THOMAS (0060869)
Attorney for Whitney R. Lancaster

NOAH R. LITTON (0090479)
Assistant United States Attorney

KATHRYN S. WALLRABENSTEIN (0092172)
Attorney for Whitney R. Lancaster

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Noah R. Litton
KEVIN W. KELLEY (0042406)
NOAH R. LITTON (OH 0090479)
Assistant United States Attorneys
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone: (614) 469-5715
E-mails: Kevin.Kelley@usdoj.gov
              Noah.Litton@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Trial Stipulations was served this _17th_ day of

February, 2022, electronically upon all counsel of record.

s/Noah R. Litton
NOAH R. LITTON
Assistant United States Attorney
