USA
  Plaintiff,

v.  Case Number 2:20-cr-62-1, 2
  Judge Sarah D. Morrison

Steven G. Rosser
Whitney R. Lancaster,
  Defendants.

# Jury Trial Day 6
# Tuesday, February 22, 2022
# before Judge Sarah D. Morrison

For Plaintiff:  Kevin Kelley/Noah Litton
For Defendants: Robert Krapenc/David Thomas/Kathryn Wallrabenstein
Court Reporter: Allison Kimmel
Courtroom Deputy:  Denise Shane

  10:20 am Jury Trial Day 6, Question from jurors read by the Court with response
  3:51 pm Jurors reached a verdict
  Rosser Ct. 1 – Not Guilty (Brandon Adams)
  Rosser Ct. 2 – Guilty (Armen Stipanyian)
  Lancaster Ct. 2 – Not Guilty (Armen Stipanyian)
  Poling requested by Mr. Krapenc
  Defendant Rosser to remain on Bond
  Krapenc renews Motion 29 for Acquittal, Motion for Mistrial (Denied)

  3:58 pm Court adjourned