# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                             Case No. 2:20-cr-62 (1-2)
                                JUDGE SARAH D. MORRISON

STEVEN G. ROSSER,
WHITNEY R. LANCASTER,

    Defendants.

## ORDER

During trial, the Court reserved ruling on Defendant Steven Rosser's Fed. R. Crim. P. 29 Motion. The Court now sets the following briefing schedule should he choose to supplement his oral motion with written argument:

    March 11, 2022: Mr. Rosser's Briefing Due

    March 25, 2022: Government's Briefing Due

    April 8, 2022: Mr. Rosser's Reply Due (if necessary)

**IT IS SO ORDERED**.

                               s/Sarah D. Morrison
                               **SARAH D. MORRISON**
                               **UNITED STATES DISTRICT JUDGE**