# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN G. ROSSER and<br>WHITNEY R. LANCASTER,<br><br>Defendants. | CASE NO. 2:20-cr-062<br><br>JUDGE SARAH D. MORRISON |

## VERDICT FORM
## COUNT 1

We the jury, in the above-entitled case, unanimously find the defendant, Steven G. Rosser,

    __X__ Not Guilty             _____ Guilty

of civil-rights conspiracy with respect to Brandon Adams.

| | |
|---|---|
| ____#14____<br>Foreperson | ____#65____ |
| ____#91____ | ____#2____ |
| ____#8____ | ____#48____ |
| ____#38____ | ____#53____ |
| ____#67____ | ____#6____ |
| ____#90____ | ____#29____ |

SIGNED THIS __22nd__ DAY OF FEBRUARY, 2022.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-062 |
| Plaintiff, | |
| vs. | JUDGE SARAH D. MORRISON |
| STEVEN G. ROSSER and WHITNEY R. LANCASTER, | |
| Defendants. | |

## VERDICT FORM
## COUNT 2

We the jury, in the above-entitled case, unanimously find the defendant, Steven G. Rosser,

_____ Not Guilty         \_\_\_X\_\_ Guilty

of civil-rights conspiracy with respect to Armen Stepanian.

_____#14_____       _____#65_____
Foreperson

_____#91_____       _____#2_____

_____#8_____       _____#48_____

_____#38_____       _____#53_____

_____#67_____       _____#6_____

_____#90_____       _____#29_____

SIGNED THIS \_\_\_22nd\_\_\_\_ DAY OF FEBRUARY, 2022.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN G. ROSSER and<br>WHITNEY R. LANCASTER,<br><br>Defendants. | CASE NO. 2:20-cr-062<br><br>JUDGE SARAH D. MORRISON |

### VERDICT FORM
### COUNT 2

We the jury, in the above-entitled case, unanimously find the defendant, Whitney R. Lancaster,

   __X__ Not Guilty           _____ Guilty

of civil-rights conspiracy with respect to Armen Stepanian.

_____#14_____           _____#65_____
Foreperson

_____#91_____           _____#2_____

_____#8_____           _____#48_____

_____#38_____           _____#53_____

_____#67_____           _____#6_____

_____#90_____           _____#29_____

SIGNED THIS ___22nd___ DAY OF FEBRUARY, 2022.