AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

WHITNEY R. LANCASTER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:20-cr-62-2

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Sarah D. Morrison, U.S. District Court Judge
Name and Title of Judge

3/2/2022
Date