# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:20-cr-62 (2) |
| vs. | : | JUDGE MORRISON |
| WHITNEY R. LANCASTER, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR RETURN OF DEFENDANT LANCASTER'S PASSPORT**

Defendant Whitney Lancaster, through undersigned counsel, respectfully moves this Court for an Order authorizing Mr. Lancaster to retrieve his U.S. passport from the Clerk of Courts. The Government is unopposed to this request. The reasons in support of this Motion are set forth in the following Memorandum.

Respectfully submitted,
**Taft Stettinius & Hollister LLP**

**/s/ David H. Thomas**
DAVID H. THOMAS
Ohio Supreme Court No. 0071492
P: (614) 334-6199
dthomas@taftlaw.com

**/s/ Kathryn S. Wallrabenstein**
KATHRYN S. WALLRABENSTEIN
Ohio Supreme Court No. 0092172
41 South High Street, Suite 1800
Columbus, Ohio 43215
P: (614) 220-0238
F: (614) 221-2007
kwallrabenstein@taftlaw.com

Counsel for Defendant Whitney Lancaster

## MEMORANDUM IN SUPPORT

Defendant Whitney Lancaster, through undersigned counsel, is now before this Court requesting he be permitted to retrieve his previously surrendered U.S. passport from the Clerk of Courts. Counsel for Mr. Lancaster surrendered his passport to the Clerk's Office on April 2, 2020. A federal jury acquitted Mr. Lancaster on February 22, 2022. As such, Mr. Lancaster requests this Court authorize the Clerk's Office to release his previously surrendered passport to him. The Government is unopposed to this request. A proposed order is attached.

Respectfully submitted,
**Taft Stettinius & Hollister LLP**

**/s/ David H. Thomas**
DAVID H. THOMAS
Ohio Supreme Court No. 0071492
P: (614) 334-6199
dthomas@taftlaw.com

**/s/ Kathryn S. Wallrabenstein**
KATHRYN S. WALLRABENSTEIN
Ohio Supreme Court No. 0092172
41 South High Street, Suite 1800
Columbus, Ohio 43215
P: (614) 220-0238
kwallrabenstein@taftlaw.com

Counsel for Defendant Whitney Lancaster

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to the following on October 18, 2022, by electronic mail:

Assistant U.S. Attorneys Kevin Kelley and Noah Litton
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

Robert Krapenc
Attorney for Defendant Steven Rosser
150 East Mound Street, Suite 310
Columbus, Ohio 43215

                                                  **/s/ David H. Thomas**
                                                  DAVID H. THOMAS